UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELAINE TIFFANY, and SHANNON
WHITEHEAD, individually, and on behalf
of all others similarly situated,

          Plaintiffs,

    v.

HOMETOWN BUFFET, INC., and
DOES 1 through 50, inclusive,

          Defendants.

Case No.  C 06 2524 SBA

**ORDER ON STIPULATED
CONFIDENTIALITY AGREEMENT AND
ORDER**

**CLASS ACTION**

    Having reviewed and considered the Stipulated Confidentiality Agreement and Order signed and efiled by the parties on December 7, 2006, and good cause appearing therefor,

    IT IS SO ORDERED that the Stipulated Confidentiality Agreement be filed and entered.

DATED: January 18, 2007

                IT IS SO ORDERED

                Judge James Larson

Hon. Saundra
UNITED STATES               JUDGE

Firmwide:81758653.1 044896.1005

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415.433.1940