1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- OAKLAND DIVISION

| | |
|---|---|
| ELAINE TIFFANY, and SHANNON WHITEHEAD, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMETOWN BUFFET, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C-06-2524 SBA<br><br>ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Hon. Saundra B. Armstrong |

The Court has before it the unopposed motion by plaintiffs Elaine Tiffany and Shannon Whitehead (the "Plaintiffs") for preliminary approval of a proposed class action settlement with defendants Hometown Buffet, Inc. and OCB Restaurant Company, LLC (collectively "Hometown Buffet"). The Court hereby finds and orders as follows:

1. The Court finds on a preliminary basis that the settlement memorialized in the Stipulation of Class Action Settlement ("Stipulation"), filed with the Court, falls within the range of reasonableness and therefore meets the requirements for preliminary approval.

2. The Court conditionally certifies for settlement purposes only the following class ("Settlement Class"): "All individuals who were employed in a company-owned Hometown Buffet, Inc. and/or OCB Restaurant Company, LLC restaurant in California between November 22, 2000 and the date of this Order, in any of the following salaried positions below the level of General Manager: Service Manager, Assistant Service Manager, Kitchen Manager, Assistant Kitchen Manager, and/or Food Bar Manager."

3. The Court finds, for settlement purposes only, that the Settlement Class meets the requirements for certification under Fed.R.Civ.P. 23(a) and 23(b)(3) in that: (1) the Settlement Class, which consists of approximately 700 members, is so numerous that joinder is impracticable; (2) there are questions of law and fact that are in common to all Settlement Class members, which common questions predominate over individual issues; (3) Plaintiffs' claims are typical of those of the Settlement Class members; (4) Plaintiffs and their counsel will fairly and adequately protect the interests of the Settlement Class; and (5) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

4. The Court appoints, for settlement purposes only, plaintiffs Elaine Tiffany and Shannon Whitehead as Class Representatives.

5. The Court appoints, for settlement purposes only, the law firm of Dostart Clapp Gordon & Coveney, LLP as Class Counsel for the Settlement Class.

6. The Court appoints Rust Consulting as the Claims Administrator.

7. The parties are ordered to carry out the settlement according to the terms of the Stipulation.

8. The Final Approval Hearing is set for January 15, 2008 at 1:00 p.m.

IT IS SO ORDERED.

DATED: 9/12/07

*Saundra B Armstrong*
HON. SAUNDRA B. ARMSTRONG
United States District Judge

APPROVED AS TO FORM:

Dated: August 1, 2007              DOSTART CLAPP GORDON & COVENEY, LLP


*s/ J. Kirk Donnelly*
J. KIRK DONNELLY
Attorneys for Plaintiffs

Dated: August 2, 2007              LITTLER MENDELSON APC

*s/ Rod M. Fliegel*
ROD M. FLIEGEL
Attorneys for Defendants

---

[PROPOSED] ORDER GRANTING PRELIM. APPROVAL OF CLASS ACTION SETTLEMENT  No. C 06-2524-SBA