UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELAINE TIFFANY, and SHANNON WHITEHEAD, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMETOWN BUFFET, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: C 06-2524 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On January 22, 2008, the Court issued an order staying the instant action as a result of Defendant having filed for bankruptcy. The Court's order directed the parties to submit status reports regarding the bankruptcy every six months. Plaintiffs filed status reports on July 22, 2008, January 22, 2009 and July 30, 2009. However, in violation of the Court's January 22, 2008 Order, no status reports have been filed since the July 30, 2009 report. Accordingly,

IT IS HEREBY ORDERED THAT the parties shall show cause why the instant action should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Within seven days of the dater this Order is filed, the parties or their counsel of record must file a Certificate of Counsel with the Clerk of the Court to explain why the case should or should not be dismissed for lack of prosecution. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its expected course if not dismissed. FAILURE TO FULLY

1 COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS
2 THE ACTION, WITHOUT FURTHER NOTICE.
3     IT IS SO ORDERED.
4
5 Dated: March 22, 2010                        _____
                                               SAUNDRA BROWN ARMSTRONG
6                                                United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -